UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G.E., the student; and S.B., the student's parent and legal guardian, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:21-cv-00702 ) |
| WILLIAMSON COUNTY BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court has reviewed G.E. and S.B.'s Objections to the Report and Recommendation ("R&R") (Doc. No. 56) and has conducted a *de novo* review. (Doc. No. 57). For the reasons stated in the accompanying memorandum, G.E. and S.B.'s Objections (Doc. No. 57) are **OVERRULED**, and the R&R (Doc. No. 56) is **APPROVED** and **ADOPTED**. G.E. and S.B.'s Motion for Judgment on the Administrative Record (Doc. No. 51) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE